UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FREEDOM MORTGAGE CORPORATION,
          Plaintiff,

v.

NADJA A. GREEN, BARCLAYS
AMERICAN/MORTGAGE CORPORATION,
and ROCKLAND COUNTY CLERK,
          Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 7699 (VB)

      On August 16, 2019, plaintiff Freedom Mortgage Corporation commenced the instant action against defendants Nadja A. Green, Barclays American/Mortgage Corporation, and the Rockland County Clerk. (Doc. #1).

      Proofs of service docketed on September 26 and September 27, 2019, indicate service on defendants on September 18, 2019. (Docs. ##7,8,9). Defendants had until October 9, 2019, to respond to the complaint.

      On October 23, 2019, the Clerk entered certificates of default for all defendants. (Docs. ##16,17,18).

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to move for default judgment by December 17, 2019. **If plaintiff fails to satisfy this deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 26, 2019
       White Plains, NY

                                SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge