UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

FREEDOM MORTGAGE
CORPORATION,
        Plaintiff,

v.

NADJA A. GREEN; BARCLAYS
AMERICAN/MORTGAGE
CORPORATION; and ROCKLAND
COUNTY CLERK,
        Defendants.
------------------------------------------------------x



**ORDER OF DISMISSAL**

19 CV 7699 (VB)

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than March 12, 2020. To be clear, any application to restore the action must be filed by March 12, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

The Clerk is instructed to mail copies of this Order to defendants Nadja A. Green and Barclays American/Mortgage Corporation at the following addresses:

Nadja A. Green
193 Filors Lane
Stony Point, NY 10980

1

Barclays American/Mortgage Corporation
5032 Parkway Plaza Blvd., Building #8
Charlotte, NC 28231

Dated: February 11, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge